```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***

To:    B D. WORLEY
       320 W BUCYRUS ST
       CRESTLINE,          OH  44827

From:  CRESTLINE EX VILLAGE SCHOOLS
       401 HEISER COURT
       CRESTLINE      OH 44827
       Phone: 419-683-3647 ext. 46100
       Email: nemec.alina@crestline.k12.oh.us

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of         $304.79

Funds are available in your accounts as of     06/29/18

Your salary has been deposited as follows:

    Type           Description                      Amount
    Checking                                        304.79


Below is a summary of your pay for the period ending 06/24/18.

            PAY                                DEDUCTIONS
Name        Units    Amount  Name       Amount  YTD-AMT  Name       Amount  YTD-AMT
------------------------------------------------------------------------------------
AIDE                 370.13  OHIO TAX     2.63    43.93  CITY TAX     7.40   109.03
                             SERS        37.01   545.22  OAPSE       12.10   157.30
                             MEDICARE     5.37    79.07  C EVSD        .83    12.26


Gross Amount        370.13      * Board Amount
Adjusted Gross      333.12
Gross Y-T-D       5,452.21

Sick Leave          Vacation Leave      Personal Leave      Service Days
Use/Balance         Use/Balance         Use/Balance         Period/Contract
.000/15.000         .000/.000           .000/.000           173

Federal Exemption  M  09                Total Deductions    65.34
State Exemptions   00   Deposit #543755 Net Pay             304.79


Notices:
```

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***

To:      B D. WORLEY
         320 W BUCYRUS ST
         CRESTLINE,            OH  44827

From:    CRESTLINE EX VILLAGE SCHOOLS
         401 HEISER COURT
         CRESTLINE      OH 44827
         Phone: 419-683-3647 ext. 46100
         Email: nemec.alina@crestline.k12.oh.us

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of          $304.79

Funds are available in your accounts as of     07/13/18

Your salary has been deposited as follows:

     Type           Description                    Amount
     Checking                                      304.79


Below is a summary of your pay for the period ending 07/07/18.
```

| PAY | | | DEDUCTIONS | | | | | |
|-----|-------|--------|------|--------|---------|------|--------|---------|
| Name | Units | Amount | Name | Amount | YTD-AMT | Name | Amount | YTD-AMT |
| AIDE | | 370.13 | OHIO TAX | 2.63 | 46.56 | CITY TAX | 7.40 | 116.43 |
| | | | SERS | 37.01 | 582.23 | OAPSE | 12.10 | 169.40 |
| | | | MEDICARE | 5.37 | 84.44 | C EVSD | .83 | 13.09 |

```
Gross Amount        370.13        * Board Amount
Adjusted Gross      333.12
Gross Y-T-D       5,822.34

Sick Leave           Vacation Leave        Personal Leave       Service Days
Use/Balance          Use/Balance           Use/Balance          Period/Contract
.000/16.250          .000/.000             .000/3.000

Federal Exemption  M  09                   Total Deductions     65.34
State Exemptions   00     Deposit #543850  Net Pay              304.79


Notices:
```

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***

 To:    B D. WORLEY
        320 W BUCYRUS ST
        CRESTLINE,          OH  44827

 From:  CRESTLINE EX VILLAGE SCHOOLS
        401 HEISER COURT
        CRESTLINE       OH 44827
        Phone: 419-683-3647 ext. 46100
        Email: nemec.alina@crestline.k12.oh.us

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of          $304.79

Funds are available in your accounts as of     07/27/18

Your salary has been deposited as follows:

    Type          Description                        Amount
    Checking                                         304.79


Below is a summary of your pay for the period ending 07/21/18.

            PAY                             DEDUCTIONS
Name      Units    Amount  Name      Amount  YTD-AMT  Name       Amount   YTD-AMT
---------------------------------------------------------------------------------
AIDE               370.13  OHIO TAX   2.63    49.19  CITY TAX     7.40    123.83
                           SERS      37.01   619.24  OAPSE       12.10    181.50
                           MEDICARE   5.37    89.81  C EVSD        .83     13.92


Gross Amount      370.13        * Board Amount
Adjusted Gross    333.12
Gross Y-T-D     6,192.47

Sick Leave          Vacation Leave       Personal Leave       Service Days
Use/Balance         Use/Balance          Use/Balance          Period/Contract
.000/16.250         .000/.000            .000/3.000

Federal Exemption  M  09                 Total Deductions      65.34
State Exemptions   00    Deposit #543945  Net Pay             304.79


Notices:
```