Certificate Number: 14912-OHN-DE-031808618

Bankruptcy Case Number: 18-61562


14912-OHN-DE-031808618

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2018, at 4:40 o'clock PM EDT, Bonnie Worley completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: October 24, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor